.

| | | |
|---|---|---|
| ANITRA WALKER WANSLEY<br>3225 SCR 559<br>PULASKI, MS 39152 | FIRST BANK<br>520 W SUMMIT HILL DR<br>KNOXVILLE, TN 37902 | REVVI<br>ATTN: BANKRUPTCY<br>PO BOX 85800<br>SIOUX FALLS, SD 57118 |
| THOMAS C. ROLLINS, JR.<br>THE ROLLINS LAW FIRM, PLLC<br>P.O. BOX 13767<br>JACKSON, MS 39236 | FOREST AUTO SALES, INC<br>1009 HWY 35 S<br>FOREST, MS 39074 | US ATTORNEY GENERAL<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVENW<br>WASHINGTON, DC 20530-00 |
| A-1 PAYDAY LOANS<br>5649 MS 25-A<br>FLOWOOD, MS 39232 | JEFFERSON CAPITAL SYST<br>ATTN: BANKRUPTCY<br>200 14TH AVE E<br>SARTEKK, MN 56377 | US DEPT OF ED<br>PO BOX 300001<br>GREENVILLE, TX 75403 |
| AMERICAN CASH<br>4881 HWY 80<br>MORTON, MS 39117 | KIKOFF<br>ATTN: BANKRUPTCY<br>75 BROADWAY<br>SAN FRANCISCO, CA 94111 | US DEPT OF EDUCATION<br>C/O U.S. ATTORNEY<br>501 E. COURT ST<br>STE 4.430<br>JACKSON, MS 39201 |
| CAMPBELL CREDIT<br>3202 SERVICE DR<br>PEARL, MS 39208 | MONEY MAN<br>576 E 3RD ST<br>FOREST, MS 39074 | WEAVER FINANCE<br>224 WOODLAND DR N<br>FOREST, MS 39074 |
| CHIME FINANCIAL<br>ATTN: BANKRUPTCY<br>PO BOX 417<br>SAN FRANCISCO, CA 94104 | MONEY MATTERS<br>576 E 3RD ST, FORES<br>FOREST, MS 39074 | |
| CREDENCE RESOURCE<br>ATTN: BANKRUPTCY<br>PO BOX 2300<br>SOUTHGATE, MI 48195 | MS DEPT OF REVENUE<br>BANKRUPTCY SECTION<br>PO BOX 22808<br>JACKSON, MS 39225-2808 | |
| CREDIT ONE BANK<br>ATTN: BANKRUPTCY DEPT<br>6801 CIMARRON RD<br>LAS VEGAS, NV 89113 | RAPID RENTALS<br>326 WOODLAND DR N<br>FOREST, MS 39074 | |
| EXETER FINANCE LLC<br>ATTN: BANKRUPTCY<br>PO BOX 166008<br>IRVING, TX 75016 | REPUBLIC FINANCE<br>ATTN: BANKRUPTCY DEPT<br>7031 COMMERCE CIR<br>BATON ROUGH, LA 70809 | |