Certificate Number: 17082-MSS-DE-040029085

Bankruptcy Case Number: 25-02096



17082-MSS-DE-040029085

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 28, 2025, at 3:03 o'clock AM MST, ANITRA WALKER WANSLEY completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date: August 28, 2025

By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director