# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Anitra Walker Wansley, Debtor　　　　　Case No. 25-02096-KMS
　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER 13

## CERTIFICATE OF COMPLIANCE OF PROVISION OF PAYMENT ADVICES TO CASE TRUSTEE

COMES NOW, Thomas C. Rollins, Jr., Counsel of Record for the above named Debtor and files this her certificate of compliance with the Court that payment advices required by 11 U.S.C. §521(a)(1)(B)(iv) have been provided to the duly appointed and acting Case Trustee, David Rawlings, P.O. Box 566, Hattiesburg, MS 39403-0566 pursuant to standing order of the United States Bankruptcy Court for the Southern District of Mississippi.

WITNESS my signature on September 8, 2025.

　　　　　　　　　　　　　　　　　　　　/s/ Thomas C. Rollins, Jr.
　　　　　　　　　　　　　　　　　　　　Thomas C. Rollins, Jr. (MSBN 103469)
　　　　　　　　　　　　　　　　　　　　The Rollins Law Firm, PLLC
　　　　　　　　　　　　　　　　　　　　P.O Box 13767
　　　　　　　　　　　　　　　　　　　　Jackson, MS 39236
　　　　　　　　　　　　　　　　　　　　601-500-5533

## CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that I have this day electronically filed with the Court, a true and correct copy of the above and foregoing Certification on September 8, 2025. All interested parties will receive electronic notification from the Court.

　　　　　　　　　　　　　　　　　　　　/s/ Thomas C. Rollins, Jr.
　　　　　　　　　　　　　　　　　　　　Thomas C. Rollins, Jr.