| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Anitra Keyes |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Southern District of Mississippi |
| Case number | 25-02096 |

## Official Form 410S1
# Notice of Mortgage Payment Change                                    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** FirstBank            **Court claim no.** (if known): 1-1

**Last 4 digits** of any number you use to identify the debtor's account:    4 7 0 6

**Date of payment change:**
Must be at least 21 days after date of this notice    11/16/2025

**New total payment:**
Principal, interest, and escrow, if any    $ 644.82

### Part 1:    Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   - ☐ No
   - ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 204.42        New escrow payment: $ 127.00

### Part 2:    Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?
   - ☑ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%        New interest rate: _____%

   Current principal and interest payment: $ _____        New principal and interest payment: $ _____

### Part 3:    Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?
   - ☑ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

   Reason for change: _____

   Current mortgage payment: $ _____        New mortgage payment: $ _____

Official Form 410S1                    Notice of Mortgage Payment Change                    page 1

Debtor 1  Anitra Keyes
  First Name   Middle Name   Last Name

Case number (if known) 25-02096

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

☑ I am the creditor.

☐ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

✘ /s/ Ben Brubaker
Signature

Date 091225

Print: Ben Brubaker
  First Name   Middle Name   Last Name

Title Default Servicing Manager

Company FirstBank

Address 520 Summit Hill Drive, Suite 801
  Number   Street
Knoxville          TN     37902
  City              State    ZIP Code

Contact phone 866-515-2053

Email _____

UNITED STATES BANKRUPTCY COURT
FOR THE Southern DISTRICT OF Mississippi

IN RE:                                                              Chapter 13
Anitra Keyes, Debtor.                                    Case No.  25-02096
_____, Co-Debtor

### CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2025, I electronically filed the Notice of Mortgage Payment Change and Certificate of Service with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Thomas Rollins Jr, debtor's attorney
David Rawlings, bankruptcy trustee

and I hereby certify that I have mailed by United States Postal Service a notice to the following non-ECF participants:

Anitra Keyes, Debtor
_____, Co-Debtor
3225 SCR 559 Pulaski, MS 39152

/s/ Ben Brubaker

Ben Brubaker
SLG Bankruptcy Department
FirstBank
520 W. Summit Hill Dr., Ste-801
Knoxville, TN  37902
(865) 515-2053
dl-mhbankruptcydept@firstbankonline.com

Dated: September 12, 2025



**ANNUAL ESCROW ACCOUNT**
**DISCLOSURE STATEMENT**

520 West Summit Hill Dr.
Ste. 801
Knoxville, TN 37902

**Return Service Requested**

137721695
ANITRA R KEYES
3225 SCR 559
PULASKI MS 39152



Online Information:
https://www.firstbankonline.com/payments



Hours of Operation: 8:30 - 5:30 EST M-F
Telephone: 866-515-2053
Fax: 865-544-1105

Correspondence:
520 West Summit Hill Dr.
Ste. 801
Knoxville, TN 37902

Analysis Date:                                        09/10/25
Loan Number:
Borrower Name:                                ANITRA R KEYES

Each year FirstBank reviews your escrow account to determine your new monthly escrow payment. As you may know, we collect funds and hold them in your escrow account to pay your property taxes and insurance premiums on your behalf. Below are answers to the most commonly asked questions we receive about the annual escrow analysis and the details related to your account.

**1. What is the amount of my new monthly payment starting November 16, 2025 ?**

| Payment Items | Previous Payment | New Payment | Difference |
|---|---|---|---|
| Principal and Interest | $517.82 | $517.82 | $0.00 |
| Escrow | $127.00 | $127.00 | $0.00 |
| Shortage/Surplus | $77.42 | $0.00 | -$77.42 |
| **Total Payment** | **$722.24** | **$644.82** | **-$77.42** |

- **Note:** If you currently use a third party bill pay service to make automatic payments, please update the amount scheduled to reflect the new payment amount listed above. If you are currently set up on automatic payments with FirstBank, this new amount will automatically take effect with your November payment.

**2. What are the most common reasons that my escrow payment may change from year to year?**

A. **Increases or Decreases in Amounts Billed –** The amounts we collect each month to be held in your escrow account may change based on increases or decreases to your property taxes, mortgage insurance premiums, or homeowner's insurance premiums. The information below compares the amounts FirstBank expected to pay for each item this past year from your escrow account to the actual amounts that were paid or will be due. The difference column reflects the increase or decrease for each escrowed item.

| Escrowed Item | Anticipated Amounts Due | Actual Amounts Paid or Due | Difference |
|---|---|---|---|
| COUNTY TAX | $431.99 | $431.99 | $0.00 |
| HOMEOWNERS I | $1,092.00 | $1,092.00 | $0.00 |
| **Total Annual Escrow Payments** | **$1,523.99** | **$1,523.99** | **$0.00** |
| **Monthly Escrow Payments** | **$127.00** | **$127.00** | **$0.00** |

B. **No Payment Change –** According to the projections shown in Table 1 on the reverse side, your escrow account will sufficiently cover the minimum required balance for next year. This means **your payment will not change.**

| Projected Low Escrow Balance | | Allowable Low Escrow Balance | | Shortage |
|---|---|---|---|---|
| ($909.94) | minus | $254.00 | equals | $0.00 |

ANITRA R KEYES  
Loan Number  
**NEW PAYMENT EFFECTIVE DATE: November 16, 2025**

## ESCROW ACCOUNT PROJECTIONS AND ACTIVITY HISTORY

Table 1 shows a month by month estimate of the activity we anticipate will occur in your escrow account over the next 12 months. This table shows the projected low balance point that is used to calculate an escrow surplus or shortage.

TABLE 1 - ACCOUNT PROJECTIONS

| Month | Description | Payments Estimate | Disbursements Estimate | Total Balance | Required Projected Balance |
|---|---|---|---|---|---|
| | Beginning Balance | | | -$20.95 | |
| November 25 | COUNTY TAX | $127.00 | $431.99 | -$325.94 | $838.00 |
| December 25 | | $127.00 | $0.00 | -$198.94 | $965.00 |
| January 26 | | $127.00 | $0.00 | -$71.94 | $1,092.00 |
| February 26 | | $127.00 | $0.00 | $55.06 | $1,219.00 |
| March 26 | HOMEOWNERS I | $127.00 | $1,092.00 | -$909.94 | $254.00 ** |
| April 26 | | $127.00 | $0.00 | -$782.94 | $381.00 |
| May 26 | | $127.00 | $0.00 | -$655.94 | $508.00 |
| June 26 | | $127.00 | $0.00 | -$528.94 | $635.00 |
| July 26 | | $127.00 | $0.00 | -$401.94 | $762.00 |
| August 26 | | $127.00 | $0.00 | -$274.94 | $889.00 |
| September 26 | | $127.00 | $0.00 | -$147.94 | $1,016.00 |
| October 26 | | $127.00 | $0.00 | -$20.94 | $1,143.00 |
| **Totals** | | **$1,524.00** | **$1,523.99** | | |

** Low Balance used to determine escrow surplus or shortage.

Federal law (RESPA) allows lenders to maintain a two month cushion in an escrow account; however, your mortgage contract or state law may specify a lower amount. The cushion helps minimize the amount your escrow account could be overdrawn if tax or insurance payments increase.

Table 2 itemizes your actual escrow account transactions since your previous analysis statement or initial disclosure. Last year's estimates are next to the actual activity. An asterisk (*) indicates a difference between the estimated and actual payments and disbursements. The letter 'E' beside an amount indicates that the payment or disbursement has not yet occurred, but is estimated to occur as shown.

TABLE 2 - ESCROW ACTIVITY HISTORY

| Month | Description | Payments Estimate | Payments Actual | Disbursements Estimate | Disbursements Actual | Actual Escrow Balance |
|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | -$1,092.63 |
| September 25 | | $127.00 | $944.68 E | $0.00 | $0.00 | -$147.95 |
| October 25 | | $127.00 | $127.00 E | $0.00 | $0.00 | -$20.95 |
| November 25 | COUNTY TAX | $127.00 | $0.00 * | $431.99 | $0.00 * | $0.00 |
| December 25 | | $127.00 | $0.00 * | $0.00 | $0.00 | $0.00 |
| January 26 | | $127.00 | $0.00 * | $0.00 | $0.00 | $0.00 |
| February 26 | | $127.00 | $0.00 * | $0.00 | $0.00 | $0.00 |
| March 26 | HOMEOWNERS I | $127.00 | $0.00 * | $1,092.00 | $0.00 * | $0.00 |
| April 26 | | $127.00 | $0.00 * | $0.00 | $0.00 | $0.00 |
| May 26 | | $127.00 | $0.00 * | $0.00 | $0.00 | $0.00 |
| June 26 | | $127.00 | $0.00 * | $0.00 | $0.00 | $0.00 |
| July 26 | | $127.00 | $0.00 * | $0.00 | $0.00 | $0.00 |
| August 26 | | $127.00 | $0.00 * | $0.00 | $0.00 | $0.00 |
| **Totals** | | **$1,524.00** | **$1,071.68** | **$1,523.99** | **$0.00** | |

If you have questions about your escrow analysis statement please contact our Customer Service Department at 866-515-2053.

If you have an active bankruptcy or have received a bankruptcy discharge, we are sending this for informational, legal, or compliance purposes only. We are not trying to collect against you personally. If you have questions about this communication or your obligation to pay, please contact your attorney.