# Proceeding Minutes / Proceeding Memo

**Case #:** 25-02096        **Case Name:** Anitra Walker Wansley

**Set:** 11/18/2025 01:30 pm   **Chapter:** 13   **Type:** bk        **Judge** Katharine M. Samson

**matter** Confirmation Hearing

---

Minute Entry Re: (related document(s): [9] Confirmation Hearing) No objections filed. Confirmation hearing removed. (mcc)