United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 25-02096-KMS
Anitra Walker Wansley  Chapter 13
  Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3   User: mssbad   Page 1 of 3
Date Rcvd: Oct 17, 2025   Form ID: n031   Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol  Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anitra Walker Wansley, 3225 SCR 559, Pulaski, MS 39152-9464 |
| 5555736 | | A-1 Payday Loans, 5649 MS 25-A, Flowood, MS 39232 |
| 5555737 | + | American Cash, 4881 Hwy 80, Morton, MS 39117-3516 |
| 5555738 | + | Campbell Credit, 3202 Service Dr, Pearl, MS 39208-3527 |
| 5555744 | + | Forest Auto Sales, Inc, 1009 Hwy 35 S, Forest, MS 39074-4000 |
| 5555747 | + | Money Man, 576 E 3rd St, Forest, MS 39074-4224 |
| 5555748 | + | Money Matters, 576 E 3rd St, Fores, Forest, MS 39074-4224 |
| 5555750 | + | Rapid Rentals, 326 Woodland Dr N, Forest, MS 39074-3320 |
| 5555756 | + | Weaver Finance Forest, LLC, Post Office Box 911, Forest, MS 39074-0911 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 17 2025 19:42:57 | Exeter Finance LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: mhbkr@firstbankonline.com | Oct 17 2025 19:38:00 | FirstBank, 520 Summit Hill Drive, Suite 801, Knoxville, TN 37902-2006 |
| 5558327 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 17 2025 19:42:35 | Attn: Exeter Finance LLC Department, AIS Portfolio Services, LLC, Account: XXX8910, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5555739 | + | Email/Text: omx-bnc-bk-notices@chime.com | Oct 17 2025 19:38:00 | Chime Financial, Attn: Bankruptcy, Po Box 417, San Francisco, CA 94104-0417 |
| 5555740 | + | Email/Text: bankruptcy@credencerm.com | Oct 17 2025 19:39:00 | Credence Resource, Attn: Bankruptcy, Po Box 2300, Southgate, MI 48195-4300 |
| 5555741 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 17 2025 19:42:49 | Credit One Bank, Attn: Bankruptcy Dept, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5555742 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Oct 17 2025 19:42:47 | Exeter Finance LLC, Attn: Bankruptcy, Po Box 166008, Irving, TX 75016-6008 |
| 5565384 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 17 2025 19:42:35 | Exeter Finance LLC c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave Dept APS, Oklahoma City, OK 73118-7901 |
| 5555743 | + | Email/Text: mhbkr@firstbankonline.com | Oct 17 2025 19:38:00 | First Bank, 520 W Summit Hill Dr, Suite 801, Knoxville, TN 37902-2006 |
| 5559418 | + | Email/Text: FSBank@franklinservice.com | Oct 17 2025 19:38:00 | Jackson Ear Clinic PA, c/o Franklin Service Inc, Po Box 3910, Tupelo, MS 38803-3910 |
| 5555745 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 17 2025 19:39:00 | Jefferson Capital Syst, Attn: Bankruptcy, 200 14th Ave E, Sartekk, MN 56377-4500 |
| 5555746 | + | Email/Text: bankruptcy@kikoff.com | Oct 17 2025 19:38:00 | Kikoff, Attn: Bankruptcy, 75 Broadway, San |

| District/off: 0538-3 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 17, 2025 | Form ID: n031 | Total Noticed: 30 |

| Recipient # | Delivery Method | Date/Time | Address |
|---|---|---|---|
| | | | Francisco, CA 94111-1423 |
| 5555752 | Email/Text: cscommunications@mrvbanks.com | Oct 17 2025 19:38:00 | REVVI, Attn: Bankruptcy, Po Box 85800, Sioux Falls, SD 57118 |
| 5572639 + | Email/Text: famc-bk@1stassociates.com | Oct 17 2025 19:38:00 | MRV Banks, 2700 S Lorraine Place, Sioux Falls, SD 57106-3657 |
| 5555749 | Email/Text: BANKRUPTCY@DOR.MS.GOV | Oct 17 2025 19:38:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 5559159 | Email/Text: BANKRUPTCY@DOR.MS.GOV | Oct 17 2025 19:38:00 | Mississippi Department of Revenue, Bankruptcy Section, P O Box 22808, Jackson, MS 39225-2808 |
| 5555751 | Email/Text: bankruptcy@republicfinance.com | Oct 17 2025 19:39:00 | Republic Finance, Attn: Bankruptcy Dept, 7031 Commerce Cir, Baton Rough, LA 70809 |
| 5566187 | Email/Text: bankruptcy@republicfinance.com | Oct 17 2025 19:39:00 | Republic Finance, LLC, 282 Tower Road, Ponchatoula, LA 70454 |
| 5555753 ^ | MEBN | Oct 17 2025 19:34:54 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5555754 + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Oct 17 2025 19:42:57 | US Dept Of Ed, Po Box 300001, Greenville, TX 75403-3001 |
| 5555755 + | Email/Text: ebone.woods@usdoj.gov | Oct 17 2025 19:38:00 | US Dept of Education, c/o U.S. Attorney, 501 E. Court St, Ste 4.430, Jackson, MS 39201-5025 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2025              Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Anitra Walker Wansley trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

| District/off: 0538-3 | User: mssbad | Page 3 of 3 |
| Date Rcvd: Oct 17, 2025 | Form ID: n031 | Total Noticed: 30 |

TOTAL: 3

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−02096−KMS
**Chapter:** 13

**In re:**

Anitra Walker Wansley
aka Anitra Walker Wansley, fka Anitra Walker
3225 SCR 559
Pulaski, MS 39152

Notice of Entry of Order Confirming Plan

The Court entered an Order on October 17, 2025 (Dkt. # 19 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: October 17, 2025

Danny L. Miller, Clerk of Court