UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: ANITRA WALKER WANSLEY

DEBTOR(S)

DAVID RAWLINGS, TRUSTEE

CHAPTER 13 BANKRUPTCY
CASE NO. 25-02096 KMS

## MOTION TO ALLOW LATE FILED CLAIM

COMES NOW, the Trustee, David Rawlings, and files this Motion to Allow the following Late Filed Claim:

ANYTIME CASH SOLUTIONS
DBA MONEYMAN
1020 HWY 35 SOUTH
FOREST, MS 39074

Court Claim No. 12

Amount of Claim: $2,582.66

Classification: UNSECURED

Trustee has reviewed the above Late Filed Claim and recommends that it would be in the best interests of the Debtor to allow said Claim and pay the same in the manner classified, pursuant to the provisions of the Confirmed Plan and other orders of the Court. Trustee should be authorized to adjust the amount of the plan payment, as needed, to pay this Claim in the time remaining in the Plan.

/s/ David Rawlings

David Rawlings, Trustee

DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS 39403
Telephone: (601) 582-5011

## CERTIFICATE OF SERVICE

    I, David Rawlings, do hereby certify that on November 13, 2025, I forwarded a true and correct copy of the foregoing pleading, via the Court's ecf filing system, to: the U.S. Trustee, 501 East Court Street, Suite 6-430, Jackson, Mississippi 39201 and the Debtor's Attorney; and by U.S. Mail, postage prepaid to: the Debtor and the interested parties, as listed below.

ANITRA WALKER WANSLEY
3225 SCR 559
Pulaski, MS  39152

ANYTIME CASH SOLUTIONS
DBA MONEYMAN
1020 HWY 35 SOUTH
FOREST, MS  39074

THOMAS C. ROLLINS, JR
P O Box 13767
Jackson, MS  39236

MONEY MAN
576 E 3RD STREET
FOREST, MS  39074

/s/ David Rawlings
DAVID RAWLINGS, TRUSTEE