UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   ANITRA WALKER WANSLEY

DEBTOR(S)

DAVID RAWLINGS, TRUSTEE

CHAPTER 13 BANKRUPTCY
CASE NO. 25-02096 KMS

## ORDER ON TRUSTEE'S MOTION TO ALLOW LATE FILED CLAIM

THIS DAY, THIS CAUSE came on to be considered on the Trustee's Motion to Allow the Late Filed Claim (Court Claim No. 12) of Anytime Cash Solutions, dba MoneyMan (Docket No. 24 ).

IT IS, THEREFORE, ORDERED AND ADJUDGED that said Late Filed Claim is allowed and shall be paid pursuant to the provisions of the Confirmed Plan and other orders of the Court, with the Trustee being authorized to adjust the amount of the Plan payment, as needed, to pay said Claim in the time remaining in the Plan.

IT IS, FURTHER, ORDERED AND ADJUDGED that the Debtor is given 30 days from the entry of this Order within which to file a written application for modification of this Order, and in the absence of such application, this Order shall become final.

##END OF ORDER##

Submitted By:

DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS 39403
(601) 582-5011
ecfNotices@rawlings13.net