IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Anitra Walker Wansley, Debtor              Case No. 25-02096-KMS
                                                    CHAPTER 13

### RESPONSE

COMES NOW, Debtor, by and through counsel, and files a response objecting to the Trustee's Motion Allow Late Filed Claim (dk # 24) as follows:

1. Debtor commenced this case on August 26, 2025 by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.
2. The deadline for filing proof of claims in the above-mentioned case was November 4, 2025.
3. Anytime Cash Solutions DBA Money Man filed its proof of claim (dk # 12) on November 12, 2025, after the expiration of the claims bar date and the claim is therefore untimely pursuant to 11 U.S.C. § 502(b)(9) and Fed. R. Bankr. P. 3002(c).
4. The Trustee seeks to allow this late-filed claim; however, the Bankruptcy Code permits allowance of late claims only under specific exceptions, none of which apply in this case. The creditor has not demonstrated excusable neglect, nor have they met any statutory basis for an extension of the claim's deadline

WHEREFORE, the Debtor respectfully requests that this Court deny the Trustee's Motion to Allow a Late-Filed Claim, disallow the claim as untimely, and grant such other and further relief as the Court deems just and proper.

                                Respectfully submitted,

                        By:     /s/ Thomas C. Rollins, Jr.
                                Thomas C. Rollins, Jr. (MSBN 103469)
                                Attorney for Debtor


Of Counsel:
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

<u>CERTIFICATE OF SERVICE</u>

      I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Response was forwarded on November 14, 2025, to:

By USPS First Class Mail:

    Anytime Cash Solutions
    DBA Moneyman
    1020 Hwy 35 South
    Forest, MS 39074

By Electronic CM/ECF Notice:

    David Rawlings

    U.S. Trustee

                                          <u>/s/ Thomas C. Rollins, Jr.</u>
                                            Thomas C. Rollins, Jr.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 25-02096 |
|---|---|
| Anitra Walker Wansley | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |

On 11/14/2025, I did cause a copy of the following documents, described below,

Response

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/14/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 25-02096 |
|---|---|
| Anitra Walker Wansley | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 13 |

On 11/14/2025, a copy of the following documents, described below,

Response

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/14/2025

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

```
FIRST CLASS

ANYTIME CASH SOLUTIONS
DBA MONEYMAN
1020 HWY 35 SOUTH
FOREST MS 39074
```