# Proceeding Minutes / Proceeding Memo

**Case #:** 25-02096  **Case Name:** Anitra Walker Wansley

**Set:** 12/11/2025 10:30 am  **Chapter:** 13  **Type:** bk  **Judge:** Katharine M. Samson

**matter**  Motion to Allow Claim filed by Anytime Cash Solutions dba MoneyMan. (Claim No. 12) Filed by Trustee David Rawlings. (Attachments: # 1 Proposed Order) (Dkt. #24)

Response filed by the Debtor (Dkt. #25)

---

Minute Entry Re: (related document(s): [24] Motion to Allow Late, Amended, or Supplemental Claim filed by David Rawlings) Rollins to submit an Agreed Order. Order due by 12/25/2025. Called in by Rollins' office. (mcc)