

SO ORDERED,

Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: December 11, 2025

The Order of the Court is set forth below. The docket reflects the date entered.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Anitra Walker Wansley, Debtor                    Case No. 25-02096-KMS
                                                          CHAPTER 13

AGREED ORDER DISALLOWING LATE FILED CLAIM

THIS MATTER CAME BEFORE THE COURT on the Trustee's Motion to Allow Late Filed Claim (DK# 24) and the Response filed (Dk# 25) and all parties reaching an agreement the Court finds that the relief requested is appropriate under the facts and the law.

IT IS THEREFORE ORDERED that the claim shall be disallowed.

#END OF ORDER#

SUBMITTED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR

AGREED BY:
/s/Samuel J. Duncan
Attorney for Chapter 13 Trustee