**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

**ANITRA WALKER WANSLEY** — **CASE NO. 25-02096KMS**
**CHAPTER 13**

**S&W RTO, LLC D/B/A**
**RAPID RENTALS** — **MOVANT**

**VS.** — **MOTION NO. __________**

**ANITRA WALKER WANSLEY** — **RESPONDENT**

# MOTION TO LIFT STAY

COMES NOW S&W RTO, LLC d/b/a Rapid Rentals ("Rapid"), by and through counsel, and brings this Motion to Lift and terminate the automatic stay of 11 U.S. C. Section 362.

1. The Debtor entered into a Rental Purchase Agreement for certain personal property described therein. A true and correct copy of the Rental Purchase Agreement is attached hereto as Exhibit "A".

2. The Debtor filed for relief under Chapter 13 of the United States Bankruptcy Code on or about August 26, 2025 (Dkt.#1).

3. Rapid filed a Proof of Claim on October 22, 2025 (Claim No. 10-1). This claim is in the amount of $818.76. The amount necessary to cure the arrearage was $289.97. This Proof of Claim is incorporated by reference.

4. The Debtor's Chapter 13 Schedules list Rapid Rentals as having an executory contract or unexpired lease. However, the Debtor's Chapter 13 Plan provides in Section 6.1 that there are

no executory contracts or unexpired leases. The Chapter 13 Plan makes no provision for the curing of the arrearage and future payments.

5. As set forth herein, the Debtor has entered into a Rental Purchase Agreement with Rapid which is an executory contract and/or unexpired lease of personal property. Since the filing of this Chapter 13, Debtor has made no payments to Rapid and is in default of the Rental Purchase Agreement. Debtor continues to be in possession of the personal property and it is deteriorating through the continued use by the Debtor.

6. Rapid requests that the automatic stay be modified so as to realize upon its property and for the Court to waive the 14 day stay pursuant to Miss. Bankr. L.R. 4001(a)(3) and that the Order become effective immediately upon entry by the Court.

WHEREFORE PREMISES CONSIDERED Rapid moves this Court to lift and terminate the automatic stay provisions of 11 U.S.C. Section 362 so as to obtain its personal property and that the Court waive the 14 day stay pursuant to Miss. Bankr. L.R. 4001(a)(3) and that the Order become effective immediately upon entry by the Court and grant such other relief as is necessary under the circumstances.

DATED this the 24th day of November, 2026.

**Respectfully Submitted,**

**S&W RTO, LLC d/b/a**
**RAPID RENTALS**

**BY: /s/ MARC E. BRAND**

**MARC E. BRAND**
**ATTORNEY AT LAW**
**POST OFFICE BOX 3508**
**JACKSON, MS 39207**
**601-354-7878**
**MSB# 4301**

## CERTIFICATE OF SERVICE

**I, MARC E. BRAND** do hereby certify that I have electronically filed the above Motion to Lift Stay with the Clerk of this Court using the ECF System which sent notification of such filing to all counsel of record and also on this date mailed by United States Mail, postage prepaid, a true and correct copy of said document to Anitra Walker Wansley, 3225 SCR 559, Pulaski, MS 39152 and served electronically a copy of this Motion to:

| | | |
|---|---|---|
| 1. | Thomas Carl Rollins, Jr., attorney for Debtor | trollins@therollinsfirm.com |
| 2. | U.S. Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| 3. | David Rawlings, Chapter 13 Trustee | ecfnotices@rawlings13.net |

DATED this the 24th day of November, 2026.

/s/ Marc E. Brand