DATE: 2/22/2024
AGREEMENT #: 11901

LESSOR: RAPID RENTALS
326 WOODLAND DRIVE
FOREST, MS 39074
(601)469-2151

RENTER: Keyes,Anitra
Gammage,Justin

## TERMS OF AGREEMENT

As used in this agreement "you" and "your" mean the person or persons signing this agreement as renter. "We" and "our" mean the Lessor/Owner (The Rental Company). "Lease" means this Rental Purchase Agreement including all disclosures.

## RENTAL PURCHASE DISCLOSURES

1. **RENTAL TERM:** X MONTHLY WEEKLY.
Rental Payments are due at the beginning of each term that you choose to rent the property. There are no refunds if you choose to return the property before the end of the term.

2. **DESCRIPTION OF PROPERTY AND RENTAL RATES:**

| Unit # | Categ./Descr. | Serial# | Cond. | Mo. Rent | Wk Rent |
|---|---|---|---|---|---|
| 212598 | LIVING ROOM GROUP | 20212598 | New | 128.00 | 29.54 |

3. **INITIAL RENTAL PAYMENT.** Your initial rental payment will include the following charges:

| Rent | Delivery Charge | State Tax | Other | Total |
|---|---|---|---|---|
| 128.00 | 0.00 | 8.96 | 0.00 | 136.96 |

4. **OTHER CHARGES**

In-house Collection
0.00
Accepted X________________

Damage Waiver Fee
0.00/Month
0.00/Week

Reinstatement Fee
1.00 /payment missed while you retain the property.

5. **TOTAL COST.** If you choose to rent to own you must renew this lease for the following number of months or weeks. The Total Cost includes all costs included in the initial rental payment but does not include other charges you may incur.
24 Months @ 136.96 /mo. for a total cost of 3,287.04
104 Weeks @ 31.61 /wk. for a total cost of 3,287.44

6. **OUR CASH PRICE FOR THIS PROPERTY IS** 1,869.00

7. **EARLY PURCHASE OPTION.** If you wish to purchase the rental property you may do so at any time by the payment of 50 % of the remaining Total Cost calculated at that time.

8. **RISK OF LOSS.** You are liable for destruction, loss and damage to the property in excess of normal wear and tear.

9. **REINSTATEMENT.** If this lease expires you may reinstate by paying any rental payments and other charges that are due. You may reinstate it within 5 days of the expiration date if it is a monthly lease or 2 days if it is weekly. If you return the property upon request, within this period, you may reinstate within 21 days of returning the property unless you have paid two-thirds or more of the total cost which will extend this period to 45 days.

AW **THIS IS A RENTAL TRANSACTION.** You may use the property for the term of this lease. At your option, you may renew this lease. To do this, you must make a rental payment in advance of each term you wish to rent the property. The rental rates are shown above. There are no grace periods. Time is of the essence in this lease.

AW **TERMINATION:** You may terminate this lease at the end of any term, with no penalty, by returning the property to us and paying all rental payments and other charges due through the date of return.

AW **ASSIGNMENT:** You may NOT sell, mortgage, pawn, pledge, encumber, hock, dispose of the property or move it from your current residence, without our consent. If you do, you will have breached this lease, and we will have the immediate right to possession of the property. We may sell, transfer, or assign this lease without notice to you.

AW **TITLE, MAINTENANCE AND TAXES:** We retain title to the property at all times and will pay any taxes which might be levied upon the property. You do not own the property unless you buy it or acquire ownership as provided by the terms of this lease. We will maintain the property in good working order as long as you rent it.

AW **WARRANTY:** If you acquire ownership of the property, the manufacturer's warranty will be given to you if the warranty is still in effect and we are allowed to give it to you.

AW **OUR RIGHTS TO TAKE POSSESSION:** If you do not renew this lease, we have the right to take possession of the property. If you do not allow us to do so, you agree to pay our costs incurred in taking possession of the property including reasonable attorney's fees.

AW **INTENT:** You agree that by signing this lease your intent is to rent rather than purchase the property.

AW **NOTICE TO RENTER:** Do not sign this Rental Purchase Agreement before you read it or if it contains any blank spaces. You are entitled to an exact copy of the Rental Purchase Agreement you sign. Keep it to protect your legal rights.

**BY SIGNING THIS LEASE, YOU ADMIT THAT YOU HAVE READ IT, THAT YOU UNDERSTAND IT AND THAT YOU HAVE RECEIVED A SIGNED COPY OF IT. YOU ALSO ADMIT THAT YOU HAVE RECEIVED THE PROPERTY IN SATISFACTORY CONDITION.**

WITNESS:
RENTER: Anita Walker Wand[signature]

LESSOR: Caleb McGowan ___ Exh. A
CO-RENTER: ________________

RAFDMSAP-6